## Angermier et ux., Appellants, *v.* Angermier, et al.

order by BROWN, J. Argued June 9, 1975. *Harold E. Martin,* for appellants; *Soren P. West,* with him *Roda, Morgan, Hallgren & Heinly,* for appellee, Charles B. Hammer.

Order affirmed.

## Balke, Appellant, *v.* Vallier et ux.

Argued June 12, 1975. *James S. Kilpatrick, Jr.,* with him *Haws & Burke,* for appellant; *Lawrence E. MacElree,* with him *Ross A. Unruh, William C. Hamilton,* and *MacElree, Harvey, Gallagher & Kean,* and *Fell, Spalding, Goff & Rubin,* for appellees.

Judgment affirmed.

## Commonwealth *v.* Acor, Appellant.

Argued June 12, 1975. *James M. Schildt,* with him *Williams, Glantz & Schildt,* for appellant; *Peter F. Schenck,* Assistant District Attorney, *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.